1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT FOR THE

9               EASTERN DISTRICT OF CALIFORNIA

10

11   BRADY K. ARMSTRONG,                    1:12-cv-01498-AWI-SAB (PC)

12          Plaintiff,                      ORDER DENYING FOURTH MOTION
                                            TO EXTEND TIME TO FILE AMENDED
13      vs.                                 COMPLAINT

14   C.  ETCHEBEHERE, et al.,               (ECF No. 16)

15          Defendants.

16   _____/

17          Plaintiff is a prisoner proceeding pro se and in forma pauperis in a civil rights action

18   pursuant to 42 U.S.C. § 1983.  On November 28, 2012, Plaintiff filed a motion requesting an

19   extension of time to file an amended complaint. (ECF No. 9.) On November 30, 2012 the Court

20   granted the extension and cautioned Plaintiff that he would receive no further extensions.  (ECF

21   No. 10.)  On December 13, 2012, Plaintiff filed a second motion for an extension of time which

22   was granted on December 19.  (ECF No. 11 and 12.)  Subsequently, on December 26, 2012,

23   Plaintiff filed his third motion for an extension of time. (ECF NO. 13)  This motion was granted

24   on January 8, 2013 and gave Plaintiff until February 11, 2013 to file his amended complaint.

25   (ECF No. 15.).  On January 28, 2013, Plaintiff filed a fourth motion to extend time to amend

26   his complaint. (ECF No. 16.)  Due to the fact that Plaintiff has not yet exhausted his third

27   extension of time and because Plaintiff was advised by the Court order of November 30, 2012

28   that no further extensions would be granted and yet was given two additional extensions,

IT IS HEREBY ORDERED that:

1.     Plaintiff's fourth motion to extend time to file an amended complaint is DENIED; and

2.     Plaintiff must file his amended complaint by February 11, 2013 or his case will be dismissed pursuant to 28 U.S.C. § 1915A for failure to state any claims upon which relief may be granted.

IT IS SO ORDERED.

Dated:     **January 30, 2013**                    **/s/ Stanley A. Boone**
                                               UNITED STATES MAGISTRATE JUDGE